# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

Robert P. Young, Jr.,
Chief Justice

143265

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOANN FINKBEINER,
      Plaintiff-Appellant,

v

                      SC: 143265
                      COA: 297113
                      Macomb CC: 2008-005383-NO

TOWNSHIP OF CLINTON,
      Defendant,
and

BAKER COLLEGE OF CLINTON TOWNSHIP,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 10, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

Clerk

t1116